# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

1 MINUTE

**MINUTE OF PROCEEDINGS**  
**U.S. MAGISTRATE JUDGE MARCOS E. LOPEZ**  
COURT REPORTER: ZoomGov

DATE: November 18, 2025  
AUSA Manuel Muniz-Lorenzi  
COURTROOM NO: OSJ 6

UNITED STATES OF AMERICA

Plaintiff

v

JOSE MELO-CEDENO  
Defendant(s)

Return of  
Indictment by the Grand Jury  
Criminal No. **25-CR-00485 (RAM)**

Indictment was filed in open court.

**Arraignment / Bail set for December 1, 2025 at 9:15 AM in Hato Rey Courtroom 6 before Magistrate Judge Marcos E. Lopez.**

Case is assigned to Judge Raul M. Arias-Marxuach.

**NEW CASE:**

- ☐ This Indictment supersedes Criminal Case No. _____.
- ☒ Defendant(s) **appeared** in 25-mj-1050. Magistrate case merged and closed.
- ☐ Defendant(s) charged in magistrate case -----. but **not arrested.** Magistrate case merged and closed.
- ☐ Defendant(s) **not charged** in magistrate case.
- ☐ The Court granted the government's motion to seal.
- ☐ Defendant(s) to remain on same bond.
- ☒ Defendant is under custody. Marshal to produce defendant.
- ☐ Arrest warrants to be issued.
- ☐ Summons to be issued.

**S/María Elena Pintado-Espiet**  
Courtroom Deputy Clerk